## THE PEOPLE v. JOHN MORAN.

The indorsement upon an information, after going to trial, of the names of additional witnesses, is ground for a new trial, if done without leave of court.

Exceptions before judgment from Recorder's Court of Detroit.   Submitted and decided June 20.

INFORMATION for burglary.   Respondent was convicted Conviction set aside and new trial ordered.

*Attorney-General Jacob J. Van Riper* for the People.

*John C. Donnelly* (*Brennan & Donnelly*), for defendant, was stopped by the Court.

On filing the information the prosecuting attorney endorsed on the information the names of certain witnesses, and when the case came on for trial and before the trial was entered upon or jury called he endorsed on the information the names of a number of other witnesses.   This was done without any application to or permission from the court.   On the trial these witnesses were called on behalf of the People and the defendant's counsel objected to their being sworn.   The objection was overruled and the witnesses were examined.

THE COURT held that the case came within the ruling of *People v. Hall* 48 Mich. 482, with reference to the endorsing the names of witnesses on the information, and directed a new trial.